UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

<table>
<tr><td></td><td>:</td></tr>
<tr><td>ALYSSA CRUZ, <em>on behalf of the class</em>,</td><td>:</td></tr>
<tr><td></td><td>:</td></tr>
<tr><td></td><td>:</td></tr>
<tr><td>Plaintiff,</td><td>:</td></tr>
<tr><td></td><td>:</td></tr>
<tr><td>-against-</td><td>:</td></tr>
<tr><td></td><td>:</td></tr>
<tr><td>HSBC BANK USA, N.A.,</td><td>:</td></tr>
<tr><td></td><td>:</td></tr>
<tr><td>Defendant.</td><td>:</td></tr>
<tr><td></td><td>:</td></tr>
</table>

-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/2026

1:26-cv-1582-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

This action was removed from the Supreme Court of the State of New York, County of New York, on February 25, 2026. Dkt. No. 1. Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than March 11, 2026. Additionally, counsel for Plaintiff is directed to promptly file a notice of appearance in this case. Counsel for Defendant is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

SO ORDERED.

Dated: February 26, 2026
       New York, New York

_____
GREGORY H. WOODS
United States District Judge