```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___6/22/2026___
```

The Court thanks the Parties for the update. The Parties are directed to file a joint status update on the progress of discovery by **July 22, 2026.**

June 18, 2026

**VIA ECF**

Hon. Katharine H. Parker, Magistrate Judge
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., New York, NY 10007

Re:     *Cruz v. HSBC Bank USA, N.A.*, Index No. 26-cv-1582 (GHW)(KHP)

Dear Judge Parker:

We represent Defendant HSBC Bank USA, N.A. ("HSBC") in the above-referenced matter and write jointly with Plaintiff to provide an update on discovery in this matter in accordance with Your Honor's Scheduling Order on May 19, 2026. Dkt. No. 19. Both parties have now exchanged their initial disclosures, and each party issued wage-hour related requests for production and interrogatories on May 29, 2026 with responses due June 29, 2026. The parties are also working to schedule a wage-hour deposition for Plaintiff along with a wage-hour related Rule 30(b)(6) corporate representative deposition.

The parties thank the Court for its consideration of this update.

Respectfully submitted,

**APPLICATION GRANTED**

/s/ *Lucas D. Hakkenberg*
Lucas D. Hakkenberg

Hon. Katharine H. Parker, U.S.M.J.

6/22/2026

**Morgan, Lewis & Bockius** LLP

101 Park Avenue
New York, NY  10178-0060      T +1.212.309.6000
United States                 F +1.212.309.6001