USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/13/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

ALYSSA CRUZ,

Plaintiff,

-against-

HSBC BANK USA, N.A.,

Defendant.
-----------------------------------------------------------------X

**26-CV-1582 (GHW) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Court is in receipt of Plaintiff's Amended Complaint filed July 9, 2026. Defendants shall, by **July 23, 2026**, (1) file an answer; (2) file a new motion to dismiss; or (3) submit a letter to the Court, copying Plaintiff, stating that they rely on the previously filed motion to dismiss. In the instance that Defendant files a new motion to dismiss or relies on their previous motion, Plaintiff's Opposition will be due by **August 6, 2026**. Defendant's Reply will be due **August 13, 2026**.

**SO ORDERED.**

DATED: New York, New York July 13, 2026

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge