USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 7/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

ALYSSA CRUZ, *on behalf of the class*,

Plaintiff,

-against-

HSBC BANK USA, N.A.,

Defendant.

---------------------------------------------------------------X

1:26-cv-1582-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On June 6, 2026, Defendant filed a motion to dismiss the complaint. Dkt. No. 20. On July 9, 2026, Plaintiff filed a first amended complaint. Dkt. No. 26. On July 23, 2026, Defendant filed a motion to dismiss Plaintiff's first amended complaint. Dkt. No. 30. Accordingly, Defendant's June 6, 2026 motion to dismiss is denied as moot. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 20.

SO ORDERED.

Dated: July 23, 2026
New York, New York

GREGORY H. WOODS
United States District Judge