USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/10/2026

**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

ALYSSA CRUZ,

Plaintiff,

-against-

HSBC BANK USA, N.A.,

Defendant.

-----------------------------------------------------------------X

**26-CV-1582 (GHW) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Court is in receipt of Defendant's letter regarding the status of Discovery filed on September 9, 2026. The Parties should prepare to discuss the issues raised in Defendant's letter at the October 15, 2026 case management conference.

**SO ORDERED.**

DATED: New York, New York
September 10, 2026

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge