USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/28/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

ALYSSA CRUZ,

Plaintiff,

-against-

HSBC BANK USA, N.A.,

Defendant.

---------------------------------------------------------------X

**26-CV-1582 (GHW) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Court is in receipt of Defendant's letter dated October 27, 2026. Insofar as Plaintiff has failed to produce various documents even after the conference in which the Court addressed same, Defendant may file a motion to compel by **November 5, 2026**. Plaintiff's opposition shall be due by **November 12, 2026**. No replies will be permitted. The Parties are reminded that pursuant to Federal Rule of Civil Procedure 37, the Court may impose attorneys' fees on the losing party for costs incurred in the course of filing the motion to compel.

**The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 41.**

**SO ORDERED.**

DATED: New York, New York
October 28, 2026

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge