USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/4/2026

APPLICATION GRANTED

Katharine H Parker

Hon. Katharine H. Parker, U.S.M.J.

11/4/2026

The Court grants the parties' request. Plaintiff's wage-and-hour deposition shall be completed by **November 9, 2026**.

November 2, 2026

**VIA ECF**

Hon. Katharine H. Parker, Magistrate Judge
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., New York, NY 10007

Re: *Cruz v. HSBC Bank USA, N.A.*, Index No. 26-cv-1582 (GHW)(KHP)

Dear Judge Parker:

We represent Defendant HSBC Bank USA, N.A. ("HSBC") in the above-referenced action and write jointly with Plaintiff regarding the scheduling of Plaintiff's wage-and-hour deposition, which the Court ordered to be completed by November 5, 2026. Dkt. No. 40.

The parties have conferred and confirmed their mutual availability to conduct Plaintiff's wage-and-hour deposition on November 9, 2026. Because Plaintiff did not move for class certification by the October 29, 2026 deadline and is no longer pursuing class claims, the parties do not anticipate that this brief extension will affect any other deadlines in this action. Accordingly, the parties respectfully request that the Court extend the deadline for Plaintiff's wage-and-hour deposition to November 9, 2026.

The parties thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Lucas D. Hakkenberg*
Lucas D. Hakkenberg

**Morgan, Lewis & Bockius LLP**

101 Park Avenue
New York, NY 10178-0060
United States

T +1.212.309.6000
F +1.212.309.6001