DENTONS
Vincent N. Avallone
...ent.avallone@dentons.com
...1 973-912-7170

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/17/2026

APPLICATION GRANTED

Katharine H Parker
Hon. Katharine H. Parker, U.S.M.J.
11/17/2026

The Court thanks the parties for the update. The parties are directed to submit another joint status update by **December 1, 2026**.

November 16, 2026

**Via ECF**

Hon. Katharine H. Parker, U.S.M.J.
United States District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

**Re: Alyssa Cruz v. HSBC Bank USA, N.A.**
**Docket No. 1:26-cv-01582-GHW-KHP**

Dear Judge Parker:

This firm represents Defendant HSBC Bank USA, N.A. ("HSBC") in the above-referenced matter. Pursuant to Your Honor's Scheduling Order dated October 15, 2026 (ECF No. 40), we write jointly with counsel for Plaintiff summarizing the status of the case.

With respect to Plaintiff's wage and hour claims, on November 5, 2026, HSBC filed a motion to compel Plaintiff to produce certain categories of documents responsive to HSBC's requests for the production of documents (see ECF Nos. 48 & 49), which Plaintiff opposed on November 12, 2026 (see ECF Nos. 54, 55 & 56). A decision on HSBC's motion to compel remains pending.

As for Plaintiff's discrimination claims, a decision on HSBC's motion to partially dismiss Plaintiff's Complaint (see ECF No. 30) remains pending. The October 15, 2026 Scheduling Order directed the parties to begin discovery on Plaintiff's discrimination claims. The parties exchanged written discovery requests on October 30, 2026, with responses due November 30, 2026.

On November 9, 2026, Your Honor entered an order, as requested by the parties, allowing HSBC to conduct a single, consolidated deposition of Plaintiff on both her wage and hour claims and her discrimination claims (ECF No. 50). However, the Order also required the deposition to be conducted by December 30, 2026. In an effort to comply with the Court's deadline, on November 11, 2026 HSBC requested Plaintiff to provide HSBC with executed authorizations for the release of her health care records as soon as possible. Plaintiff has not yet provided HSBC with those executed authorizations. Once HSBC is in receipt of the executed authorizations, HSBC intends to seek to obtain those records from the health care providers in order to have them in advance of Plaintiff's deposition.

Given that Plaintiff (1) asserts failure-to-accommodate and Family and Medical Leave Act claims, and (2) claims she suffered emotional pain and suffering as a result of HSBC's alleged conduct, it is essential to obtain Plaintiff's medical records in advance of her deposition. Accordingly, if HSBC is unable to obtain all records from Plaintiff's providers in a timely manner, the parties may be forced to request an extension of time to complete Plaintiff's deposition.

Thank you for Your Honor's consideration of this matter.

Respectfully submitted,

/s/Robert A. Kansao
Robert A. Kansao
*Counsel for Plaintiff*
*Alyssa Cruz*
Lee Litigation Group, PLLC

/s/Vincent N. Avallone
Vincent N. Avallone
*Counsel for Defendant*
*HSBC Bank USA, N.A.*
Dentons US LLP